**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7716**

———————

MELVIN C. CHAPPLE, JR.,

                    Petitioner - Appellant,

    versus

MARK HENRY, Warden,

                    Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-98-3436-S)

———————

Submitted: April 15, 1999        Decided: April 19, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Melvin C. Chapple, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melvin C. Chapple, Jr., appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Chapple is ineligible for early release under 28 C.F.R. § 550.58(a)(1)(vi)(B) (1997). Accordingly, we affirm. See Chapple v. Henry, No. CA-98-3436-S (D. Md. Oct. 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2